# UNITED STATES of America, Plaintiff–Appellant,

## v.

# Robert Wayne COOK, Defendant–Appellee.

## No. 02–7086.

United States Court of Appeals, Tenth Circuit.

May 27, 2003.

Sheldon J. Sperling, U.S. Attorney, Linda A. Epperley, Office of the United States Attorney, Muskogee, OK, for Plaintiff–Appellant.

Barron L. Derryberry, Office of the Federal Public Defender, Michael A. Abel, Federal Public Defender, Tulsa, OK, for Defendant–Appellee.

Before TACHA, Chief Judge, PORFILIO and BALDOCK, Circuit Judges.

---

# ORDER AND JUDGMENT*

TACHA, Chief Judge.

After examining the briefs and appellate record, this panel has determined unanimously to grant the parties' request for a decision on the briefs without oral argument. *See* Fed. R.App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

The United States appealed from the district court's dismissal of the indictment against Robert Wayne Cook for lack of jurisdiction. Subsequently, the United States filed a motion to dismiss this appeal. We GRANT the motion to dismiss and DISMISS the appeal.

---

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.